UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

John W. Sywilok, Esq.
John W. Sywilok LLC
51 Main Street
Hackensack, NJ 07601
(201) 487-9390
Attorney for Debtor

| In Re: | Case No.: | 15-18747 |
|---|---|---|
| CETIN DUMAN | Judge: | Rosemary Gambardella |
| | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.  ☒ Motion for Relief from the Automatic Stay filed by _____ M&T BANK _____ ,
    creditor,

    A hearing has been scheduled for _*November 20, 2019*_ , at _10:00 AM_

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____ , at _____ .

    ☐ Certification of Default filed by _____ ,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons (**choose one**):

    ☐ Payments have been made in the amount of $ _____ , but have not
    been accounted for.  Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer):**

The Debtor has turned over to me as his counsel a check made payable to M&T
Bank in the sum of $28,406.58 upon instructions from attorney for secured
creditor. Copy of check is attached. Debtor attempted to make payment directly
but the creditor would not accept payment.

☐ Other **(explain your answer):**

3.  This certification is being made in an effort to resolve the issues raised in the certification
    of default or motion.

4.  I certify under penalty of perjury that the above is true.

Date: _11/13/2019_____

Debtor's Signature *John W. Aywuloh atty for Debtor*

Date: _____

_____
Debtor's Signature

**NOTES:**

1.  Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
    13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
    opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
    Dismiss.

2.  Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
    Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
    Default.

*rev.8/1/15*

**CETIN DUMAN**
565 COLONIAL BLVD.
TOWNSHIP OF WASHINGTON, NJ  07676-4309

1-2/210

358

DATE 11/04/2019

PAY TO THE
ORDER OF  M&T BANK                                    $ 28,406.58

Twenty Eight Thousand Four Hundred Six DOLLARS

**CHASE** ⬡
JPMorgan Chase Bank, N.A.
www.Chase.com

and 58 cents.
100

Security Features
Included.
Details on Back.

MEMO Acc#0090579376                                      MP

⑈:0210000211:    98705989946511:0358