Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−18747−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Cetin Duman
  565 Colonial Blvd.
  Washington Township, NJ 07676

Social Security No.:
  xxx−xx−9570

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/1/20 at 10:00 AM

to consider and act upon the following:

*41* − Certification in Opposition to Certification of Default (related document:40 Creditor's Certification of Default (related document:32 Motion for Relief from Co−Debtor Stay of James T. Kirk and Deniz Gezer−Duman filed by Creditor M&T Bank, Motion for Relief from Stay re: 565 Colonial Boulevard, Washington Township, NJ 07676. Fee Amount $ 181., 37 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of M&T Bank. Objection deadline is 02/25/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T Bank) filed by John W. Sywilok on behalf of Cetin Duman. (Sywilok, John)

Dated: 2/25/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court