Form clsnodsc – ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−18747−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Cetin Duman
565 Colonial Blvd.
Washington Township, NJ 07676

Social Security No.:
xxx−xx−9570

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after July 27, 2020 for the reason(s) indicated below.

☑  Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐  Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐  Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐  Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: June 26, 2020
JAN: lc

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 15-18747-RG
Cetin Duman                                                     Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 26, 2020
                         Form ID: clsnodsc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2020.
db        +Cetin Duman,   565 Colonial Blvd.,   Washington Township, NJ 07676-4309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2020 01:28:05     U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2020 01:28:02     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                                                                              TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:
              Brian C. Nicholas   on behalf of Creditor   M&T Bank bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon   on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri   on behalf of Creditor   M&T Bank, successor by merger to Hudson City Savings Bank bk@rgalegal.com
              John W. Sywilok   on behalf of Debtor Cetin  Duman sywilokattorney@sywilok.com
              Marie-Ann Greenberg   magecf@magtrustee.com
              Phillip Andrew Raymond   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com
              R. A. Lebron   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
              Rebecca Ann Solarz   on behalf of Creditor   M&T Bank rsolarz@kmllawgroup.com
              Tammy L. Terrell   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
                                                                                                                                                   TOTAL: 9